159 A.3d 883

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES MOORE, DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001125–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.